```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

  ALLSTATE INSURANCE COMPANY, et al.,

                    Plaintiffs,              MEMORANDUM & ORDER
                                             22-CV-2219(EK)(CLP)

       -against-

  ALEKSANDR GULKAROV, et al.,

                    Defendants.

------------------------------------x
```

ERIC KOMITEE, United States District Judge:

    The Court has received Magistrate Judge Pollak's Report and Recommendation ("R&R") dated January 4, 2023, ECF No. 47, and Supplemental Report and Recommendation ("Supplemental R&R") dated February 1, 2023.  ECF No. 63.  In the R&R, Judge Pollak recommends that I enter default judgment against Defendants Aleksandr Gulkarov, Roman Israilov, Azu Ajudua, Rolando Jose Mendez Chumaceiro, Vyacheslav Mushyakov, and Arkadiy Khaimov; hold them jointly and severally liable for Plaintiffs' claims; and award Plaintiffs damages in the amount of $281,250.00 and pre-judgment and post-judgment interest in an amount to be determined.  In the Supplemental R&R, Judge Pollak recommends that I hold Defendants jointly and severally liable for pre-judgment interest through February 1, 2023 in the amount of $22,677.45, plus additional pre-judgment interest at a rate of $69.35 per day from February 1 until the date judgment is

entered, plus post-judgment interest as set forth in 28 U.S.C. § 1961 to run from the date judgment is entered until the judgment is paid.

None of the parties have filed objections to either the R&R or the Supplemental R&R, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R and the Supplemental R&R in their entirety with respect to the defendants still party to the case as of the date of this Order.[1]  Thus, I grant Plaintiffs' motion for default judgment against Defendants Aleksandr Gulkarov, Roman Israilov, Azu Ajudua, Rolando Jose Mendez Chumaceiro, and Arkadiy Khaimov.  Plaintiffs

---

[1] On February 7, 2023, Plaintiffs moved to vacate the default entered on June 3, 2022 against Defendant Vyacheslav Mushyakov.  ECF No. 69.  The Court granted this motion on March 29, 2023, *see* Docket Order dated Mar. 29, 2023, and Plaintiffs voluntarily dismissed Mushyakov from the case on March 30.  ECF No. 73.

are awarded damages in the amount of $281,250.00, plus pre-judgment interest and post-judgment interest as set out above.

        SO ORDERED.

                                                      /s/ Eric Komitee
                                               ERIC KOMITEE
                                               United States District Judge

Dated:    March 31, 2023
            Brooklyn, New York